The People of the State of New York, Respondent, v. Abram L. Mace, Appellant.— Judgment of conviction affirmed. All concurred.

Cora A. Prince, as Ancillary Administratrix, etc., of William O. Prince, Deceased, Respondent, v. Central New England Railway Company, Appellant.— Judgment and order reversed on the ground that the damages are excessive, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $15,000, in which case judgment is so modified, and as modified judgment and order unanimously affirmed, without costs. All concurred.

Andrew J. Rock, Respondent, v. The New York Central and Hudson River Railroad Company, as Lessee of the Boston and Albany Railroad, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg, J., who dissented.

Eugene Race, Respondent, v. Dennis Sullivan, Impleaded with Anna McCarthy, Appellant.— Judgment unanimously affirmed, without costs.

Eugene Race, Respondent, v. John Washburn and Others, as Trustees of Electric Lodge, No. 847, Independent Order of Odd Fellows, and Another, Appellants.— Judgment unanimously affirmed, without costs.

James B. Rathbone, Respondent, v. T. Briggs and Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.